**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Brito Cruz Alonso,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-05401-PHX-RM

**ORDER**

On August 3, 2026, Petitioner filed a Petition under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) However, Petitioner previously filed a § 2241 petition challenging the same immigration detention on July 22, 2026. (CV-26-05168-PHX-RM.) On October 29, 2026, the Court granted that petition in part and directed Respondents to provide Petitioner with a bond redetermination hearing or release Petitioner from custody. (Doc. 13 in CV-26-05168-PHX-RM.)

A petitioner generally may not pursue two actions in the same court, raising the same claims at the same time, and a district court has discretion to dismiss the later-filed, duplicative action. *See Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008). Because the challenge to Petitioner's detention was addressed in his other case, this case is duplicative, and the Court will dismiss it without prejudice.

**IT IS ORDERED** that Petitioner's Petition (Doc. 1) and this case are **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court must enter judgment and close this case.

Dated this 3rd day of November, 2026.

Honorable Rosemary Márquez
United States District Judge